**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario Montenegro ENRIQUEZ,**
**Defendant–Appellant.**

**No. 12–12585**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 26, 2013.

Susan Hollis Rothstein–Youakim, Matthew Jackson, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jorge Leon Chalela, Chalela Law Group, Tampa, FL, for Defendant–Appellant.

Mario Montenegro Enriquez, Miami, FL, pro se.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Jorge Chalela, appointed counsel for Mario Montenegro–Enriquez, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Montenegro–Enriquez's convictions and sentences are **AFFIRMED.**